# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**MARIE C. MINER, as Attorney-in-fact**
**for EDWARD MINER, et al.,**

      **Plaintiffs,**

**v.**                                                          **Case No.  8:04-cv-2586-T-30MAP**

**MHC/CSI FLORIDA, INC., d/b/a**
**MARINER HEALTH CARE OF BELLEAIRE,**
**and MARINER HEALTH CARE**
**MANAGEMENT COMPANY,**

      **Defendants.**

_____/

## ORDER OF DISMISSAL

The Court has been advised by Plaintiffs' counsel Amy Catledge of Beltz & Ruth, P.A. that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any,  are **DENIED** as moot.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on April 17, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2004\04-cv-2586.dismissal.wpd