IN THE MIDDLE FEDERAL
IN AND FOR MIDDLE DISTRICT, FLORIDA
CIVIL DIVISION

MARIE C. MINER,
as Attorney-In-Fact for EDWARD
MINER

    Plaintiff,

v.                             Case No:   8:04-CV-2586-T-30MAP

MHC/CSI FLORIDA, INC., d/b/a
MARINER HEALTH CARE OF BELLEAIRE,
and MARINER HEALTH CARE MANAGEMENT
COMPANY,

    Defendants.
_____/

ORDER APPROVING STIPULATION FOR DISMISSAL WITH PREJUDICE

The foregoing cause having been compromised and settled between the named parties hereto, and the named parties having stipulated and agreed that said cause shall be dismissed with prejudice, it is therefore,

ORDERED AND ADJUDGED that the above-styled cause be, and the same is hereby, dismissed with prejudice, each party to bear their own fees and costs.

DONE AND ORDERED in Chambers at Tampa, Hillsborough County, Florida, this 20 day of April, 2006.

_____
District Court Judge

Copies furnished to:
    Amy A. Catledge, Esquire
    John Heilman, Esquire